1028

[No. 45999-6-I.   Division One.   March 26, 2001.]

M. Scott Neighbors, et al., *Appellants*, v. Marvin Kjorsvick, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 97-2-00521-8, Vickie I. Churchill, J., entered January 3, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Kennedy, JJ.

[No. 46102-8-I.   Division One.   March 26, 2001.]

The State of Washington, *Respondent*, v. Raul Velasquez, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00233-5, Vickie I. Churchill, J., entered February 8, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 15750-4-III.   Division Three.   March 27, 2001.]

The State of Washington, *Respondent*, v. Truman Harold Masten, Jr., *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-1-00105-1, E. Thompson Reynolds, J., entered April 15, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18849-3-III.   Division Three.   March 27, 2001.]

John M. Pabst, et al., *Appellants*, v. Mary C. Hardwick, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00788-1, Salvatore F. Cozza, J., entered September 30, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.